CLOSED,CUSTODY

# U.S. District Court
## Western District of Pennsylvania (Johnstown)
## CRIMINAL DOCKET FOR CASE #: 3:26-mj-00026-CBB All Defendants

Case title: USA v. MITCHELL                          Date Filed: 03/19/2026

Assigned to: Magistrate Judge Christopher
B. Brown

**Defendant (1)**

**THERESA MITCHELL**                    represented by    **Elizabeth Patton**
                                                          Federal Public Defender
                                                          1001 Liberty Avenue
                                                          Ste 1500
                                                          Pittsburgh, PA 15222
                                                          412-644-6565
                                                          Email: elizabeth_patton@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2026 | 1 | ORDER as to THERESA MITCHELL : Initial Appearance - Rule 40 set for **3/20/2026 at 01:30 PM** by Video before Magistrate Judge Christopher B. Brown. Signed by Magistrate Judge Christopher B. Brown on 3/19/2026. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (cmc) (Entered: 03/19/2026) |
| 03/20/2026 | 2 | Remark: Certified Indictment from Northern District of Florida at case number 3:26-cr-00037 by USA as to THERESA MITCHELL. (Attachments: # 1 Motion and Order Unsealing Indictment) (cmc) (Entered: 03/20/2026) |
| 03/20/2026 | 4 | CJA 23 Financial Affidavit by THERESA MITCHELL. (cmc) (Entered: 03/20/2026) |
| 03/20/2026 | 5 | Minute Entry for proceedings held before Magistrate Judge Christopher B. Brown: Initial Appearance in Rule 5(c)(3) Proceedings as to THERESA MITCHELL held on 3/20/2026. Appearance entered by Elizabeth Patton for THERESA MITCHELL on behalf of defendant.<br><br>ORDER Pursuant to the Due Process Protections Act. The United States is obligated, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral and any other relief authorized by law. (Tape #: Zoom recording) (cmc) (Entered: 03/20/2026) |
| 03/20/2026 | 6 | WAIVER of Rule 5(c)(3) Hearing by THERESA MITCHELL. (cmc) (Entered: 03/20/2026) |
| 03/20/2026 | 7 | COMMITMENT TO ANOTHER DISTRICT as to THERESA MITCHELL. Defendant committed to the Northern District of Florida. Signed by Magistrate Judge Christopher B. Brown on 3/20/2026. (cmc) (Entered: 03/20/2026) |
| 03/23/2026 |  | ***Terminated Case and emailed docket sheet and all documents to InterdistrictTransfer_FLND@flnd.uscourts.gov. (cmc) (Entered: 03/23/2026) |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:26cr37/TKW

THERESA FOREMAN MITCHELL
  a/k/a "Theresa Lee Yingling"
and
CHRISTOPHER SIMBA BUCKERIDGE
  a/k/a "Hubby"

_____/

## MOTION REQUESTING AN ORDER
## UNSEALING THE INDICTMENT

COMES NOW, the United States of America, and requests that this Court issue an Order unsealing the Indictment issued in this case, and in support of this motion states as follows:

1.    The Indictment in this cause alleges violations of federal statutes in relation to child exploitation and money laundering. One defendant is now in custody in another district, and the other defendant is in a foreign country that requires a copy of the instant Indictment and arrest warrant to proceed. As such, the Indictment, and its docket, may be unsealed.

2.    The United States moves the Court that the Indictment be unsealed along with the docket for the case.


RCVD USDC FLND PN
MAR 19 '26 PM2:40

1

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 300
Pensacola, Florida 32502
(850) 444-4000

DONE and ORDERED this **19th** day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**THERESA FOREMAN MITCHELL**
  a/k/a "Theresa Lee Yingling"
  **and**
**CHRISTOPHER SIMBA BUCKERIDGE**
  a/k/a "Hubby"

**SEALED**
**INDICTMENT**

$3:26Cr37-TKW$

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By_____
            Deputy Clerk

**THE GRAND JURY CHARGES:**

## COUNT ONE

### A. THE CHARGE

Between on or about January 1, 2023, and on or about April 12, 2025, in the

Northern District of Florida and elsewhere, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

did knowingly and willfully combine, conspire, confederate, and agree together

and with other persons to commit the following offenses against the United States:

1.    To employ, use, persuade, induce, and entice "Minor Female 1" and

"Minor Female 2" to engage in, with the intent that such minors engage in, any

Returned in open court pursuant to Rule 6(f)

**3/17/2026**

Date

United States Magistrate Judge

FILED USDC FLND PN
MAR 17 '26 PM2:29

sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 1" and "Minor Female 2" to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and were transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e);

2.    To knowingly distribute, and attempt to distribute, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## B. MANNER AND MEANS OF CONSPIRACY

It was part of the conspiracy that:

1.    From between on or about January 1, 2023, and on or about April 12, 2025, the defendants, along with other unindicted conspirators, were participants in chat communications and groups on Chat Application-1 that sold, distributed, received, and discussed images and videos of "Minor Female 1" and "Minor

2

Female 2" engaged in sexually explicit conduct.

2.     The participants operated anonymously on Chat Application-1, using an encrypted messaging application, and anonymous usernames in order to avoid detection.

3.     The participants planned, coordinated, and discussed the production of images and videos depicting minors engaged in sexually explicit conduct.

4.     The participants sold and distributed images and videos of minors engaged in sexually explicit conduct for the benefit of other like-minded participants.

All in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2252A(a)(2) and (b)(1).

## COUNT TWO

Between on or about January 1, 2023, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did employ, use, persuade, induce, and entice "Minor Female 1" to engage in, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 1" to engage in, with the intent that

3

such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and was transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

Between on or about January 1, 2023, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

### THERESA FOREMAN MITCHELL,
a/k/a "Theresa Lee Yingling,"

did employ, use, persuade, induce, and entice "Minor Female 2" to engage in, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 2" to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and was transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

4

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

Between on or about February 2, 2025, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did knowingly receive material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE

Between on or about February 2, 2025, and on or about April 12, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

did knowingly distribute material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

5

## COUNT SIX

On or about April 12, 2025, in the Northern District of Florida, the

defendant,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**

did knowingly possess material containing child pornography, as defined in Title

18, United States Code, Section 2256(8)(A), that involved a prepubescent minor

and a minor who had not attained 12 years of age, that was produced using

materials that had been shipped and transported in interstate and foreign

commerce, and that had been shipped and transported using any means and facility

of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and

2252A(b)(2).

## COUNT SEVEN

Between on or about January 1, 2023, and on or about April 12, 2025, in the

Northern District of Florida and elsewhere, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

6

did knowingly combine, conspire, confederate, and agree together and with other persons to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, deposits into financial institution accounts, and the interstate transfer of funds via PayPal, Coinbase, Venmo, Stripe, and Cash App, involving funds that were proceeds of a specified unlawful activity, that is, conspiracy to produce and distribute child pornography, and the production and distribution of child pornography, in violation of Title 18, United States Code, Sections 2251(a), 2251(e), 2252A(a)(2), and 2252A(b)(1), and that the defendants knew to be the proceeds of some form of unlawful activity, with the intent to promote the carrying on of the specified unlawful activity, and knowing that these transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

### CHILD PORNOGRAPHY FORFEITURE

The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253.

From their engagement in the violations alleged in Counts One through Six of this Indictment, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of their interest in:

A. Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

B. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Six of this Indictment; and

C. Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Six of this Indictment.

D. The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units,

8

keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendants, any of the property described above as being subject to forfeiture:

      i.     cannot be located upon the exercise of due diligence;

      ii.     has been transferred or sold to, or deposited with, a third person;

      iii.     has been placed beyond the jurisdiction of the Court;

      iv.     has been substantially diminished in value; or

      v.     has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of any forfeitable property described above.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Count Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). From the defendants' engagement in the violation alleged in Count Seven of this Indictment, the defendants,

**THERESA FOREMAN MITCHELL,**
**a/k/a "Theresa Lee Yingling,"**
**and**
**CHRISTOPHER SIMBA BUCKERIDGE,**
**a/k/a "Hubby,"**

shall forfeit to the United States of America any and all of the defendants' right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

 i. cannot be located upon the exercise of due diligence;

 ii. has been transferred or sold to, or deposited with, a third person;

 iii. has been placed beyond the jurisdiction of this Court;

 iv. has been substantially diminished in value; or

10

v. has been commingled with other property that cannot be

divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1),

and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of said defendants up to the value of the forfeitable property.

A TRUE BILL:



_____
DATE  1/17/2026

_____
JOHN P. HEEKIN
United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney

_____
EDUARDO A. PALOMO
Trial Attorney
Child Exploitation and Obscenity Section
United States Department of Justice

11

## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO. | 3:26-mj-00026 |
| --- | --- | --- |
| vs | DATE OF COMPLAINT | Out of District Arrest Warrant |
| THERESA MITCHELL | CRIMINAL DOCKET NO. | |
| | DATE OF INDICTMENT | |
| | ORIGINATING DISTRICT (if applicable) | Northern District of Florida |

DATE ARRESTED:    3/19/2026

### INITIAL APPEARANCE

| Presiding | X | BROWN | | DODGE | Date: | 3/20/2026 | CD # | Zoom recording |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Magistrate | | KELLY | | LANZILLO | Time: | 1:57 pm – 2:05 pm | Court Reporter: | |
| Judge | | PESTO | | TAYLOR | | | | |

U. S. ATTORNEY:    ARNOLD BERNARD, ESQ.        INTERPRETER:

### 1. RIGHTS EXPLAINED

[X] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

[X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

### 2. COMPLAINT/INDICTMENT/INFORMATION

[ ] Read    [X] Summarized    [ ] Reading waived

[ ] Defendant provided with a copy of the charges

[X] Defendant to be provided with a copy of the charges as soon as possible

### 3. ACT & PENALTIES

[X] Read    [ ] Summarized    [ ] Reading waived

### 4. COUNSEL

[X] Defendant requested appointment        [ ] Defendant waived appointment

[X] Defendant represented by:    ELIZABETH PATTON, ESQ., for today's proceeding only

[ ] Defendant expects to retain:

[X] Affidavit executed.

[ ] Not Qualified    [X] Qualified    [ ] With possible requirement for partial or full payment

[X] Federal Public Defender appointed

[ ] CJA Panel Attorney _____ appointed

### 5. BAIL

Recommended Bond:

Bond Set at:

[ ] By Consent    [ ] Additional Conditions Imposed: _____

[ ] By Magistrate Judge

[X] Temporary Commitment issued    [ ] Final Commitment issued

Bond/Detention Hearing set for:    WAIVED to prosecuting district

### 6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Arraignment set for: _____    before Magistrate Judge _____.

WDPA Rev 06/24

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

___Western District of Pennsylvania__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26-mj-00026 |
| | ) | |
| | ) | |
| THERESA MITCHELL | ) | Charging District's Case No.   3:26-cr-00037 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Northern District of Florida

_____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  _____3/20/2026_____                                          s/Theresa Mitchell
                                                                                        *Defendant's signature*

                                                                                        s/Elizabeth Patton
                                                                                  *Signature of defendant's attorney*

                                                                                        s/Elizabeth Patton
                                                                                  *Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:26-mj-00026 |
| THERESA MITCHELL | ) | |
| | ) | Charging District's |
| _____ | ) | Case No.   3:26-cr-00037 |
| *Defendant* | | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____Northern_____ District of  Florida_____ ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:     ☐ will retain an attorney.

                        ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  _____03/20/2026_____          _____

                                                       *Judge's signature*

                          Christopher B. Brown, United States Magistrate Judge

                                         *Printed name and title*

| Print | Save As... | | Reset |
|---|---|---|---|