**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO. 3:26cr37-TKW

THERESA FOREMAN MITCHELL

# NOTICE OF HEARING

**TAKE NOTICE** that a hearing in this case has been set before Judge. T. Kent Wetherell, II, as described below:

**Place:** U.S. District Court
One North Palafox St.
Pensacola, Florida 32502

**Room No:** Courtroom 4 North

**Date:** October 14, 2026

**Time:** 9:00 AM

**Proceeding:** Sentencing Hearing

**NOTE*:* If anyone participating in this hearing has a disability that requires special accommodation, please contact the Clerk's office as soon as possible so arrangements can be made.**

JESSICA J. LYUBLANOVITS
CLERK OF COURT

7/22/2026
DATE:

s/ Paula Cawby
Deputy Clerk:

Copies to:
Counsel of Record
U.S. Marshal Service
U.S. Probation Office
Court Security